688 A.2d 165

COMMONWEALTH of Pennsylvania, Respondent,

v.

Dante TODARO.

Supreme Court of Pennsylvania.

Dec. 20, 1996.

Dante Todaro, Philadelphia, for Petitioner.

## ORDER

PER CURIAM.

AND NOW, this 20th day of December, 1996, the Petition for Allowance of Appeal is GRANTED BUT LIMITED to the question of whether the Superior Court erred by denying Petitioner's PCRA petition alleging that counsel was ineffective by failing to object to the submission of written instructions to the jury.

It is further ordered that the case be submitted on briefs and consolidated with *Commonwealth v. Skibicki*, 547 Pa. 1, 688 A.2d 165 (1996).